IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

FILED
MAY 21 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 08-10024 |
| ) | |
| JOSHUA JAMES KATUS, ) | |
| ) | |
| Defendant. ) | |

**INFORMATION**

THE UNITED STATES ATTORNEY CHARGES:

**COUNT ONE**
**(POSSESSION)**

On or about February 25, 2008, in the Central District of Illinois, and elsewhere,

**JOSHUA JAMES KATUS,**

the defendant herein, knowingly possessed computer floppy disks containing images of child pornography, in that the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions are indistinguishable from that of a minor engaging in sexually explicit conduct, and said images had been shipped and transported in interstate and foreign commerce, including by computer, and had been produced using materials which had been

shipped and transported in interstate and foreign commerce, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

                UNITED STATES OF AMERICA

                RODGER A. HEATON
                UNITED STATES ATTORNEY

                  s/ Thomas A. Keith

Thomas A. Keith
Supervisory Assistant United States Attorney
One Technology Plaza
211 Fulton Street, Suite 400
Peoria, Illinois 61602
Telephone: 309/671-7050