# United States District Court

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

JOSHUA JAMES KATUS

**WAIVER OF INDICTMENT**

Case Number: 08-10024

I, Joshua James Katus, the above-named defendant, who is accused of Possession of Child Pornography (Title 18, U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2)) is being advised of the nature of the charge, the proposed Information, and of my rights, hereby waive in open court on May 15, 2008, prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

s/ Joshua James Katus

**Joshua James Katus**
Defendant

s/ Karl W. Bryning

**Karl Bryning**
Attorney for Defendant

s/ Joe B. McDade

Before
**Joe B. McDade**
United States District Court Judge