E-FILED
Tuesday, 26 August, 2008  04:01:09 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Crim No. 08-10024 |
| JOSHUA J. KATUS, | ) | |
| Defendant. | ) | |

**DEFENDANT'S LETTERS AND CERTIFICATES IN MITIGATION**

Now comes the Defendant, JOSHUA J. KATUS, by his attorney, KARL W. BRYNING, and submits 7 letters of support, Diploma of Legal Assistant / Paralegal, and Certificate of Completion for the Basic Bible Study Course, for consideration at sentencing.

The attached letters and certificates attest to some of Mr. Katus' positive history and characteristics and highlight his positive contributions. They attest to the high regard that family, friends and coworkers have for him. They also evidence the positive steps that Mr. Katus has taken to better himself and show his sincere desire to change his life for the better.

Mr. Katus respectfully requests that this Court consider the attached letters and certificates when passing sentence and recommend that Mr. Katus be placed in the lowest security institution possible so that he may be allowed to participate in a suitable program of treatment and rehabilitation.

Respectfully submitted,

JOSHUA J. KATUS, Defendant

s/Karl W. Bryning

KARL W. BRYING

Assistant Federal Public Defender  
401 Main Street, Suite 1500  
Peoria, Illinois 61602  
Phone: 309/671-7891  
Fax: 309/671-7898  
E-mail: karl_bryning@fd.org

Attachments: Letters in Mitigation and Certificates

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Assistant United States Attorney, Thomas Keith, One Technology Plaza, Suite 400, Peoria, IL 61602

s/Karl W. Bryning

KARL W. BRYING
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: 309/671-7898
E-mail: karl_bryning@fd.org

E-FILED
Tuesday, 26 August, 2008 04:01:57 PM
Clerk, U.S. District Court, ILCD

# ANTHONY J. GRICHNIK

25 August 2008

The Honorable J.B. McDade
co/Richard H. Parsons
Chief Federal Defender
401 Main Street, Suite 1500
Peoria, IL      61602

Your Honor,

I have been asked by the Federal Public Defender's office to submit a letter in support of Joshua Katus. Joshua was a former student in our church's youth program and since his previous release on parole has, to the best of my knowledge, been in regular attendance at worship whenever his work schedule would allow. Accordingly, this makes his May 2008 court pleading both disappointing and surprising to many. He is a bright young man with great potential, if only that potential can be focused and directed toward positive outcomes and a constructive role in society.

Only Joshua - with God's help - can put forth the effort and the energy needed to remake himself and overcome this challenge. No one else can make this change for him. I believe I can speak on behalf of many that we all hope that Joshua's sentencing creates opportunities for treatment, guidance and mentoring that will help him defeat the addiction he apparently faces.

Sincerely,

*[signature]*

Anthony J. Grichnik

August 22, 2008

Dear Judge McDade,

    I am writing on behalf of Joshua Katus. I have had the privilege of knowing Josh for ten years and working with him for two years. In his position as a clerk for Smith Drug Store, Josh was outstanding. He was always on time—actually, he arrived early to guarantee his punctuality. He was courteous to the customers. He completed his tasks quickly and accurately. Josh's fellow employees enjoyed working with him because of his gentle disposition, his warm sense of humor, and his willingness to help each of us. Although it was out of his way, Josh even walked me to my car on the nights we closed together. I respectfully ask you to be lenient when you sentence Josh.

Sincerely,

*Janice Kleppe*

Janice Kleppe
Pharmacist
1714 Blackberry Lane
Peoria, IL 61615
(309) 243-7542

2307 West Callender Avenue
West Peoria, IL  61604

August 11, 2008

United States District Judge McDade
100 Northeast Monroe
Peoria, IL  61602

Your Honor:

I am writing this letter in regards to Joshua James Katus who will be sentenced in your court at the end of this month.  As Josh's sister, I have known him for 23 years.  Not only do I consider him my brother, he is also a close friend.  Please allow me to tell you a little bit about Josh.

Josh is one of the kindest, most caring individuals I have ever known.  Even though he has faced many trials in his life that have led him to make some poor decisions, I know in my heart that he is a good person.  He has many people in his life who love and support him, only wanting what is best for him and helping him to succeed in all his efforts.

Prior to his most recent incarceration, Josh was employed at Smith Drug Store as a cashier, doing whatever was asked of him and more.  He was also enrolled in a program to earn his paralegal degree.  Just today, he received his diploma upon successful completion of the program.  He was also attending church on a regular basis with some old friends from grade school.  Despite his current circumstances, Josh continues to try and better himself.  He completed a Bible course offered by the local Chaplain and is now participating in another Bible class offered through the Salvation Army.

As you look to hand down a sentence for Josh, I ask that you be fair and just in your decision.  I also hope that you consider placing him in a facility where he can get serious help in dealing with his issues.  While I realize Josh has done wrong and needs to take responsibility for his actions, I also feel he needs more help than he has been able to receive up to this point. I believe you have the ability to put my brother on the track to recovery, which is what I want for him most of all.  Regardless of what happens, I will continue to love my brother unconditionally and be there to support him in any way I can.

Sincerely,

*Heather M. Katus*

Heather M. Katus

August 10, 2008

Hon. Joe B. McDade

    Re: Joshua J. Katus Case No. 08-10024

Dear Judge McDade:

I am writing to seek a fair and just, yet minimal sentence for Joshua J. Katus, whom I know as Josh. At the outset, I would like to say that I have known Josh's family for decades. His father has worked for my uncle and my father for a combined approximately thirty-five years. Josh worked for my uncle for about six months and for me for approximately three months. I have found both Josh and his family to be fine people, and, other than his legal issues, know no other downsides to his character or that of his family.

I know him to be a church-going person who is always upbeat. He was, while in my employ, working on a paralegal degree. I understand he has kept this up even while incarcerated, through various correspondence courses. He corresponds with me regularly on that topic.

As an employee, he was always on time, always neat in appearance, always willing to take on new responsibilities, and was very, very good at his job. On one occasion, after observing me wrestling with a business issue, he came up with a solution on his own, which I ultimately adopted. I wish I could clone him and have five Joshes to work at my business, Smith Drug Store, Inc. in Peoria Heights, Illinois.

His work ethic and enthusiasm were contagious. He was a joy to work with. He was organized, sensitive, conscientious, polite and caring. I trusted him to organize the cash register at the end of the day so the various items could be posted or deposited. He never gave me cause to believe he could not be trusted in a business with so many medications.

I never saw questionable-looking persons come to visit Josh at the store. He always kept his appointments with his counselors. On top of the foregoing, he was very close to his loving and supportive family. I would hope that any facility to which he is sent has treatment options for him. There is hope for Josh, if he can get effective treatment.

Thank you for considering my request. I hope whatever sentence Josh receives involves treatment. He was and can be again a productive member of society.

Sincerely,

*Kathryn A. Cmajr* (signature)

2307 W. Callender Ave.
West Peoria, IL   61604

August 10, 2008

United States District Judge McDade
100 N.E. Monroe
Peoria, IL   61602

Your Honor:

This letter is concerning Joshua James Katus who is scheduled for sentencing in your court later this month. We are his parents, and thought you may like to know a little bit about Joshua.

Joshua is a sensitive, caring individual who has had somewhat of a troubling time in his life. As an eighth grader he was abused by a male chaperone at a church sponsored outing. He has had a hard time trying to adjust to society as a young gay male, and has had difficulties meeting others of his orientation.

This is what led him to making bad decisions which have put him in his present circumstances. Being a strong willed person, he thought he could correct things on his own instead of relying on the help of those who love him very much. We tried to keep track of him and his activities, but he would not let us help when he needed our help the most.

Since his last incarceration at the Peoria County Jail, Joshua has been very busy at trying to turn things around. He has sincerely apologized to us for his actions and behavior. He has completed a Bible course that the local Chaplain offers and is currently enrolled in another Bible correspondence class through the Salvation Army. He also has successfully completed a correspondence course to become a Paralegal. He is waiting for his diploma to arrive in the mail.

Before being arrested this last time, Joshua was employed at Smith Drug Store as a clerk. His duties included waiting on customers, restocking shelves, delivering to customers and nursing homes when needed, and whatever else was asked of him. He always made it a priority with his employer to be able to keep his random drug testing appointments without jeopardizing his work schedule. He was attending church on a regular basis with a few of his old friends from grade and high school. These friends provided him some much needed support and they will continue to be there for him and pray for him.

We realize that his actions have consequences, but ask that you be fair and just with his sentencing. We also ask that if possible Joshua be sent to a facility where he may receive some intensive counseling to deal with past experiences in his life that need to be dealt with before he can start trying to acclimate himself to the world around him. As his parents we will always be there for him to try and encourage him, give him guidance, pray for him, and to offer him a place to stay where he will be loved unconditionally.

Thank you,

*Thomas J. Katus*
*Darlene R. Katus*

Thomas J. Katus
Darlene R. Katus




# Blackstone Career Institute

Established 1890

### Confers this Diploma of
### Legal Assistant/Paralegal
### upon
### Joshua James Katus

who has fulfilled all the requirements prescribed by the School and is entitled to all of the honors rights and privileges thereunto appertaining.

In Testimony Whereof this recognition of achievement is Given this 5th day of August 2008

President
Director of Education

# BLACKSTONE CAREER INSTITUTE

1011 Brookside Road, Suite 300, P.O. Box 3717, Allentown, PA 18106-3717

## Student Transcript
## 31 Lesson Legal Assistant/Paralegal Diploma Program
### 915 Clock Hours

**Student:** Joshua Katus
**Address:** 2307 W Callender Ave
West Peoria IL 61604

**Student Number:** 01016601
**Enrollment Date:** 11/14/2007
**Completion Date:** 08/05/2008

| Text/Subject | Date Completed | Grade |
|---|---|---|
| **Volume: 1** | | |
| Introduction to Law | 12/19/2007 | 95 |
| Contracts - Part I | 01/14/2008 | 95 |
| Contracts - Part II | 03/31/2008 | 100 |
| Contracts - Part III | 03/31/2008 | 100 |
| **Volume: 2** | | |
| Law of Torts - Part I | 04/08/2008 | 95 |
| Law of Torts - Part II | 04/07/2008 | 100 |
| Law of Torts - Part III | 04/10/2008 | 100 |
| Law of Torts - Part IV | 04/14/2008 | 100 |
| **Volume: 3** | | |
| Criminal Law - Part I | 04/17/2008 | 100 |
| Criminal Law - Part II | 04/23/2008 | 100 |
| **Volume: 4** | | |
| Real Property - Part I | 04/25/2008 | 100 |
| Real Property - Part II | 04/30/2008 | 100 |
| **Volume: 5** | | |
| Real Property - Part III | 05/10/2008 | 100 |
| Real Property - Part IV | 05/12/2008 | 100 |
| **Volume: 6** | | |
| Pleadings in Civil Action - Part I | 05/15/2008 | 100 |
| Pleadings in Civil Action - Part II | 05/19/2008 | 95 |
| Practice in Civil Actions | 05/19/2008 | 100 |
| Criminal Procedure | 05/19/2008 | 95 |
| **Volume: 7** | | |
| Wills - Part I | 05/22/2008 | 100 |
| Wills - Part II | 05/27/2008 | 90 |
| Trusts | 05/27/2008 | 95 |
| **Volume: 8** | | |
| Law of Private Corporations | 05/27/2008 | 100 |
| Law of Partnerships - Part I | 05/27/2008 | 100 |
| Law of Partnerships - Part II | 05/27/2008 | 100 |
| **Volume: 9** | | |
| Constitutional Law - Part I | 06/02/2008 | 90 |
| Constitutional Law - Part II | 06/02/2008 | 100 |
| **Volume: 10** | | |
| Constitutional Law - Part III | 06/02/2008 | 100 |
| **Volume: 11** | | |
| Legal Research - Part I | 06/15/2008 | 100 |
| **Volume: 12** | | |
| Legal Research - Part II | 06/25/2008 | 100 |
| **Volume: 13** | | |
| Employability Skills | 07/27/2008 | 95 |
| **Volume: 14** | | |
| Ethics For Paralegals | 07/27/2008 | 100 |

**Student Average:** 98.22%   ** FINAL **

**This Document Issued:** 08/05/2008

**Blackstone Career Institute**

By: *Valerie L. Behrle* B.S., M.Ed.
Registrar

DLS
A Direct Learning Systems School

Phone: 610-871-0031 • 800-826-9228 • Fax: 610-871-0034
email: info@blackstone.edu • www.blackstone.edu


AUG 06 2008

August 04, 2008

United States District Judge McDade
Federal Courthouse
Peoria, Illinois


Re: Joshua J. Katus

Dear Judge McDade:

I have known Joshua since he was a little boy. I have worked with his Father, Tom Katus for twenty-nine and one half years. We have attended parties, Family gatherings, and Graduation parties over the years. We were so proud when Josh graduated at the top of his senior class.

When Josh started to work at Smith Drug Store I worked with him every day and he was an asset to the store. He always accepted the different jobs and work hours with out any complaint. I could always depend on him to take my place if I needed to take time off and he did an excellent job. He offered several different working ideas that we are still using today. It was a big loss for the store when He left.

I hope you will impose a fair and just sentence in this case. I feel with the love and support of family and friends we all can help Josh.

Margaret Dentinger
#4 Meadowlark Lane
East Peoria, IL.  61611
Buyer, Smith Drug Store (29 1/2 years)

# CERTIFICATE OF COMPLETION

*This Certifies That*

**\*\*\* Joshua James Katus \*\*\***

*has satisfactorily completed the requirements for*

## Basic Bible Course

*And is hereby awarded this certificate*

*By*

**Berean Prison Ministries**

Peoria, Illinois
On this 17th day of June 2008

_____
Chaplain

Judge McDade
United States District Judge
Peoria, Illinois


Judge McDade:

I am writing in behalf of Joshua J. Katus who will be coming before you in Federal Court August 29, 2008..

Josh Katus and I work together at Smith Drug Store in Peoria Heights, Illinois where I not only got to know him but where his father Thomas Katus also is employed. Josh was always courteous, spoke to me with respect and anything I asked him to do was done and accepted in a friendly manner. Josh's parents, although heartbroken about his current situation, has persisted in being there for him in support and love.

I would also like to mention, since I have been employed at Smith Drug Store for 36 years, that Josh Katus was dependable, willing to help with whatever needed to be done even if it was not in the realm of his particular position. His language and conduct was always that of a gentleman.



Sincerely
Shirley Duncan

*Shirley Duncan*